(September 10, 1986)

■ In the Matter of THOMAS LAROCCO et al., Petitioners, v LESLIE C. SNYDER, Respondent.—Application for a writ of prohibition unanimously denied, the motion by respondent granted, and the petition dismissed, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Milonas and Kassal, JJ.

(September 11, 1986)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LOUIS CASSARELLO, Appellant.—Judgment, Supreme Court, New York County (William J. Davis, J.), rendered on October 7, 1985, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Carro, Kassal, Ellerin and Wallach, JJ.